UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES;<br>DEMISSIE & CHURCH;<br>SUSAN CHURCH;<br>ARAUJO & FISHER, LLC;<br>ANNELISE M. ARAUJO;<br>STEFANIE FISHER;<br>GRAVES & DOYLE ATTORNEYS AT LAW;<br>KERRY E. DOYLE; and<br>WILLIAM E. GRAVES, JR.,<br><br>       Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; PETER T. GAYNOR, in his official capacity as Acting United States Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his official capacity as Senior Official Performing the Duties of Director of United States Citizenship and Immigration Services; IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, in his official capacity as Senior Official Performing the Duties of Director of Immigration and Customs Enforcement; UNITED STATES CUSTOMS AND BORDER PROTECTION; and MARK MORGAN, in his official capacity as Senior Official Performing the Duties of Commissioner of United States Customs and Border Protection,<br><br>       Defendants. | Case No. 21-cv-10083-DJC |

**DECLARATION OF SERVICE**

I, Colby Bailey, hereby declare that:

1. On January 19, 2021, I caused to be deposited with the United States Postal Service a copy of the Summons and Complaint for Declaratory and Injunctive Relief in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

Kenneth T. Cuccinelli, Senior Official Performing Duties of Director
U.S. Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, DC 20529

2. I attached to this declaration, the Certified Mail Receipt, No. 7019 0700 0001 8630 2455 and the United States Postal Service tracking indicating that delivery of the Summons and Complaint for Declaratory and Injunctive Relief was made upon said defendant on January 25, 2021.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2021                                  Respectfully submitted,


                                                         /s/   Colby Bailey
                                                         Colby Bailey



**Receipt 1** (7019 0700 0001 8630 2486)
Postmark: JAN 19 2021, USPS Fort Point Station, Boston MA 02205
Sent To: US Citizenship & Immigration
20 Mass ave NW Rm 4210
Washington, DC 20529

**Receipt 2** (7019 0700 0001 8630 2455)
Postmark: JAN 19 2021, USPS Fort Point Station, Boston MA 02205
Sent To: K. Cuccinelli, Director USCIS
20 Mass ave, NW Rm 4210
Washington, DC 20529

**Receipt 3** (7019 0700 0001 8630 2431)
Postmark: JAN 19 2021, USPS Fort Point Station, Boston MA 02205
Sent To: US Dept of Homeland Security
2707 MLK Jr ave SE
Washington, DC 20528-0485

**Receipt 4** (7019 0700 0001 8630 2479)
Sent To: Peter Gaynor  2707 MLK Jr
US Dept Homeland Sec'y
Washington, DC 20528-0485

**Receipt 5** (7019 0700 0001 8630 2493)
Postmark: JAN 19 2021, USPS Fort Point Station, Boston MA 02205
Sent To: Civil Process Clerk
USA - Dist. of Mass
1 Courthouse Way, Ste 9200
Boston, MA 02210

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190700000186302455

Your item was delivered to the front desk, reception area, or mail room at 5:44 am on January 25, 2021 in WASHINGTON, DC 20529.

## ✓ Delivered

January 25, 2021 at 5:44 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529

Get Updates ∨



Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**January 25, 2021, 5:44 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529
Your item was delivered to the front desk, reception area, or mail room at 5:44 am on January 25, 2021 in WASHINGTON, DC 20529.

---

**January 23, 2021, 11:26 am**
Available for Pickup
WASHINGTON, DC 20529

January 23, 2021, 10:02 am
Arrived at Unit
WASHINGTON, DC 20018

January 22, 2021, 9:40 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 21, 2021
In Transit to Next Facility

January 19, 2021, 11:41 pm
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

January 19, 2021, 8:03 pm
Departed Post Office
BOSTON, MA 02205

January 19, 2021, 7:40 pm
USPS in possession of item
BOSTON, MA 02205

Feedback

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?