# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 21-cv-10083<br>) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | )<br>)<br>)<br>) |
| Defendants. | ) |

# MOTION TO ADMIT COUNSEL
## *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Plaintiffs Greater Boston Legal Services, Demissie & Church, Susan Church, Araujo & Fisher, Annelise M. Araujo, Stefanie Fisher, Graves & Doyle Attorneys At Law, Kerry E. Doyle, and William E. Graves, Jr., hereby moves that attorney Meghan Gilligan Palermo of Ropes & Gray LLP be admitted to practice *pro hac vice* before this Court in the above-captioned action.

In support of this Motion, the undersigned attorney states that as evidenced in the attached Certification, Ms. Palermo is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar, has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ John T. Montgomery
John T. Montgomery (BBO #352220)
Ropes & Gray LLP
Prudential Center
Boston, MA 02199
(617) 951-7000
John.Montgomery@ropesgray.com

Dated: April 21, 2021

# CERTIFICATE OF SERVICE

    I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

/s/ John T. Montgomery
John T. Montgomery

UNITED STATES DISTRICT COURT
                            DISTRICT OF MASSACHUSETTS

| GREATER BOSTON LEGAL SERVICES, | ) |
| et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 21-cv-10083 |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, et al. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION OF MEGHAN GILLIGAN PALERMO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Meghan Gilligan Palermo, certify the following:

1. I am a member of the law firm of Ropes & Gray LLP. My office address is 1211 Avenue of the Americas, New York, NY 10036.

2. I am a member in good standing in each jurisdiction to which I have been admitted to practice, including the bar of the State of New York.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

        Respectfully submitted,

        /s/ Meghan Gilligan Palermo
        Meghan Gilligan Palermo
        ROPES & GRAY LLP
        1211 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 596-9839
        Meghan.GilliganPalermo@ropesgray.com

Dated: April 21, 2021