UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREATER BOSTON LEGAL SERVICES, et al.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-cv-10083 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 83.5.2(c), the undersigned respectfully requests that the Clerk withdraw his appearance as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel of record from Ropes & Gray LLP. This change will not materially affect the posture of the case.

Respectfully submitted,

/s/ *Nathan J. Abelman*
Nathan J. Abelman (BBO #703152)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Nathan.Abelman@ropesgray.com
(617) 951-7000

Dated: September 16, 2021

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 16, 2021

*/s/ Nathan J. Abelman*
Nathan J. Abelman