# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No.: 1:21-cv-10083-DJC |

## ASSENTED-TO MOTION FOR ORDER OF DISMISSAL AS TO PLAINTIFFS KERRY E. DOYLE AND GRAVES & DOYLE ATTORNEYS AT LAW PURSUANT TO FED. R. CIV. P. 41(a)(2)

Plaintiffs Kerry E. Doyle and Graves & Doyle Attorneys at Law ("Graves & Doyle"), by and through their undersigned counsel, hereby request this Court to dismiss all their claims against all defendants in the above-captioned action without costs to any party. Kerry E. Doyle and Graves & Doyle also request to withdraw as parties to this action.

Pursuant to Fed. R. Civ. P. 41(a)(2), and in light of Ms. Doyle's employment by the Department of Homeland Security and the related dissolution of Graves & Doyle, plaintiffs seek an order dismissing Kerry E. Doyle and Graves & Doyle's claims without prejudice and approving the withdrawal of Kerry E. Doyle and Graves & Doyle as plaintiffs to this action.

All claims by plaintiffs Greater Boston Legal Services, Demissie & Church, Susan Church, Araujo & Fisher, LLC, Annelise M. Araujo, Stefanie Fisher, and William E. Graves, Jr. will continue to be pursued.

| | |
|---|---|
| Dated: September 28, 2021 | /s/ *John T. Montgomery* <br> John T. Montgomery (BBO #352220) <br> Thanithia Billings (BBO #699018) <br> ROPES & GRAY LLP <br> Prudential Center <br> Boston, MA 02199 <br> (617) 951-7000 <br> John.Montgomery@ropesgray.com <br> Thanithia.Billings@ropesgray.com <br><br> Deanna Minasi *(admitted pro hac vice)* <br> Lauren Bergelson *(admitted pro hac vice)* <br> Meghan Gilligan Palermo *(admitted pro hac vice)* <br> Phillip Kraft *(admitted pro hac vice)* <br> Ricardo Mullings *(admitted pro hac vice)* <br> ROPES & GRAY LLP <br> 1211 Avenue Of The Americas <br> New York, NY  10036 <br> 212-596-9216 <br> Deanna.Minasi@ropesgray.com <br> Lauren.Bergelson@ropesgray.com <br> Meghan.GilliganPalermo@ropesgray.com <br> Phillip.Kraft@ropesgray.com <br> Ricardo.Mullings@ropesgray.Com <br><br> Matthew R. Segal (BBO #654489) <br> Adriana Lafaille (BBO #680210) <br> Krista Oehlke (BBO #707566) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC. <br> 211 Congress Street, Suite 301 <br> Boston, MA 02110 <br> (617) 482-3170 <br> MSegal@aclum.org <br> ALafaille@aclum.org <br> KOehlke@aclum.org <br><br> *Attorneys for Plaintiffs* |

## CERTIFICATION UNDER LOCAL RULE 7.1

I, John T. Montgomery, state that counsel for Plaintiffs has conferred with counsel for Defendants with regard to this motion. Defendants assent to this motion.

Dated: September 28, 2021 /s/ *John T. Montgomery*
John T. Montgomery