**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>　　　　　　　　　　Defendants. | **PLAINTIFFS' MOTION TO RESCHEDULE SCHEDULING CONFERENCE**<br><br>Case No.: 1:21-cv-10083-DJC |

　　　　Plaintiffs respectfully request that the Court reschedule the Scheduling Conference currently set for May 16, 2022 to a convenient date several days thereafter. John Montgomery of Ropes & Gray has a prior commitment out of the country on May 16, 2022 and will not return to the United States until May 23, 2022. While his attendance at the conference is not essential, it would assist Plaintiffs if Mr. Montgomery could be present. If there is no alternative date convenient for the Court shortly after his return, however, Plaintiffs are content with the current schedule. Plaintiffs have conferred with counsel for the Defendants who has no objection to this request.

Dated: March 9, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/   Adriana Lafaille
　　　　　　　　　　　　　　　　　　　　Matthew R. Segal (BBO #654489)
　　　　　　　　　　　　　　　　　　　　Adriana Lafaille (BBO #680210)
　　　　　　　　　　　　　　　　　　　　Krista Oehlke (BBO #707566)
　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　FOUNDATION OF MASSACHUSETTS, INC.
　　　　　　　　　　　　　　　　　　　　One Center Plaza, Suite 850

        Boston, MA 02108
        (617) 482-3170
        ALafaille@aclum.org


        <u>/s/   John T. Montgomery</u>
        John T. Montgomery (BBO #352220)
        Amanda L. Pine (BBO #707611)
        Thanithia Billings (BBO #699018)
        ROPES & GRAY LLP
        800 Boylston Street
        Boston, MA 02199
        (617) 951-7000
        John.Montgomery@ropesgray.com


        Meghan Gilligan Palermo (admitted pro hac vice)
        Deanna Minasi (admitted pro hac vice)
        Lauren Bergelson (admitted pro hac vice)
        Ricardo Mullings (admitted pro hac vice)
        Phillip Kraft (admitted pro hac vice)
        ROPES & GRAY LLP
        1211 Avenue of the Americas
        New York, NY 10036
        (212) 596-9000
        Meghan.GilliganPalermo@ropesgray.com