# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al*.<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.<br><br>Defendants. | Case No.: 1:21-cv-10083-DJC |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.5.2, counsel for Plaintiffs Greater Boston Legal Services, Demissie & Church, Susan Church, Araujo & Fisher, Annelise M. Araujo, Stefanie Fisher, Graves & Doyle Attorneys At Law, Kerry E. Doyle, and William E. Graves, Jr., hereby moves this court to withdraw the appearance of attorney Ricardo Mullings. Attorney Mullings has left the firm of Ropes & Gray LLP and, as such, will no longer be representing Plaintiffs. Counsel from Ropes & Gray LLP, including the undersigned, will continue in their representation.

Dated: May 16, 2022         Respectfully Submitted,

By:  /s/ *John T. Montgomery*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
617.951.7000
John.Montgomery@ropesgray.com

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2022, a copy of the foregoing document was filed electronically through the court's CM/ECF system. Service of this filing will be made on all ECF-registered counsel of record via the Notice of Electronic Filing (NEF). Any non-registered participants identified through the NEF will be sent a copy via e-mail.

/s/ John T. Montgomery
John T. Montgomery