IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>    Defendants. | **Defendants' Local Rule 16.1(d)(3) Certification**<br><br>Case No.: 1:21-cv-10083-DJC |

## DEFENDANTS' LOCAL RULE 16.1(d)(3) CERTIFICATION

Defendants have conferred with their counsel (A) about the costs of conducting the full course and various alternative courses of the litigation and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

May 17, 2022                                                          Respectfully submitted

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>BRIGHAM J. BOWEN<br>Assistant Branch Directors<br><br>*/s/ Hilarie Snyder*<br>HILARIE SNYDER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 305-0747<br>hilarie.e.snyder@usdoj.gov | Defendants' Representative<br><br>/s/ *Laura C. Smith*<br>Laura C. Smith<br>Assistant General Counsel for Litigation<br>Legal Counsel Division<br>Office of the General Counsel<br>U.S. Department of Homeland Security |

**CERTIFICATE OF SERVICE**

  I hereby certify on this 17th day of May 2022 that I have filed this Certification with the Court's ECF system, which sends notice to Plaintiffs' Counsel identified on the NEF.

                /s/ Hilarie Snyder
                HILARIE SNYDER
                Trial Attorney