IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.: 1:21-cv-10083-DJC |

### ASSENTED-TO MOTION FOR ORDER OF DISMISSAL AS TO PLAINTIFF WILLIAM E. GRAVES JR. PURSUANT TO FED. R. CIV. P. 41(a)(2)

Plaintiff William E. Graves Jr., by and through his undersigned counsel, hereby requests this Court to dismiss all his claims against all Defendants in the above-captioned action without costs to any party. Mr. Graves also requests to withdraw as party to this action.

Pursuant to Fed. R. Civ. P. 41(a)(2), and in light of Mr. Graves's impending employment by the United States Citizenship and Immigration Services Asylum Office, Plaintiffs seek an order dismissing Mr. Graves's claims without prejudice and approving the withdrawal of Mr. Graves as Plaintiff to this action.

All claims by Plaintiffs Greater Boston Legal Services; Demissie & Church; Susan Church; Araujo & Fisher, LLC; Annelise M. Araujo; and Stefanie Fisher will continue to be pursued.

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |

                                                /s/   Adriana Lafaille
Matthew R. Segal (BBO #654489)
Adriana Lafaille (BBO #680210)
Krista Oehlke (BBO #707566)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
ALafaille@aclum.org


/s/   John T. Montgomery
John T. Montgomery (BBO #352220)
Amanda L. Pine (BBO #707611)
Thanithia Billings (BBO #699018)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Montgomery@ropesgray.com


Meghan Gilligan Palermo (admitted pro hac vice)
Deanna Minasi (admitted pro hac vice)
Lauren Bergelson (admitted pro hac vice)
Phillip Kraft (admitted pro hac vice)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Meghan.GilliganPalermo@ropesgray.com


*Attorneys for Plaintiffs*

## CERTIFICATION UNDER LOCAL RULE 7.1

I, John T. Montgomery, state that counsel for Plaintiffs conferred with counsel for Defendants on June 24, 2022 with regard to this motion. Defendants assent to this motion.

Dated: June 24, 2022                         /s/ *John T. Montgomery*
                                             John T. Montgomery