UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, et al.<br><br>                     Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>                     Defendants. | Civ. No. 21-cv-10083 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Krista Oehlke hereby moves for leave to withdraw her appearance as counsel for Plaintiffs. Ms. Oehlke no longer no longer serves as a Legal Fellow with the American Civil Liberties Union Foundation of Massachusetts, Inc.

Dated: September 2, 2022                              Respectfully submitted,

                                                                   */s/ Krista Oehlke*
                                                                   Krista Oehlke (BBO #707566)
                                                                   AMERICAN CIVIL LIBERTIES UNION
                                                                    FOUNDATION OF MASSACHUSETTS, INC.
                                                                   One Center Plaza, Suite 850
                                                                   Boston, MA 02108
                                                                   (617) 482-3170 x354
                                                                   koehlke@aclum.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                   Respectfully submitted,

                                                                   */s/ Krista Oehlke*
                                                                   Krista Oehlke