**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.,*<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND<br>         SECURITY, *et al.*,<br><br>                    Defendants. | Case No.: 1:21-cv-10083-DJC |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as counsel for the Plaintiffs. The Plaintiffs are still represented by other counsel in this matter.

Dated: March 22, 2023                    Respectfully submitted,

                                        /s/ *Matthew R. Segal*
                                        Matthew R. Segal (BBO # 654489)
                                        American Civil Liberties Union
                                        Foundation of Massachusetts, Inc.
                                        One Center Plaza, Suite 850
                                        Boston, MA 02108
                                        (617) 482-3170
                                        msegal@aclum.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


March 22, 2023                                                /s/ *Matthew R. Segal*
                                                             Matthew R. Segal