IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.: 1:21-cv-10083-DJC |

### ASSENTED-TO MOTION FOR ORDER OF DISMISSAL AS TO PLAINTIFFS SUSAN CHURCH AND DEMISSIE & CHURCH PURSUANT TO FED. R. CIV. P. 41(a)(2)

Plaintiffs Susan Church and Demissie & Church, by and through their undersigned counsel, hereby request this Court to dismiss all their claims against all Defendants in the above-captioned action without costs to any party. Ms. Church and Demissie & Church also request to withdraw as parties to this action.

Pursuant to Fed. R. Civ. P. 41(a)(2), and in light of Ms. Church's transition to employment at the Commonwealth of Massachusetts's Office for Refugees and Immigrants, Plaintiffs seek an order dismissing Ms. Church and Demissie & Church's claims without prejudice and approving the withdrawal of Ms. Church and Demissie & Church as Plaintiffs to this action.

All claims by Plaintiffs Greater Boston Legal Services; Araujo & Fisher, LLC; Annelise M. Araujo; and Stefanie Fisher will continue to be pursued.

Dated: May 25, 2023

Respectfully submitted,

/s/   *Adriana Lafaille*
Adriana Lafaille (BBO #680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
ALafaille@aclum.org


/s/   *John T. Montgomery*
John T. Montgomery (BBO #352220)
Amanda L. Pine (BBO #707611)
Thanithia Billings (BBO #699018)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Montgomery@ropesgray.com


Meghan Gilligan Palermo (admitted pro hac vice)
Deanna Minasi (admitted pro hac vice)
Lauren Bergelson (admitted pro hac vice)
Phillip Kraft (admitted pro hac vice)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Meghan.GilliganPalermo@ropesgray.com


*Attorneys for Plaintiffs*

## CERTIFICATION UNDER LOCAL RULE 7.1

I, John T. Montgomery, state that counsel for Plaintiffs conferred with counsel for Defendants on May 24, 2023 with regard to this motion. Defendants assent to this motion.

Dated: May 25, 2023                            /s/ *John T. Montgomery*
                                                John T. Montgomery