IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.: 1:21-cv-10083-DJC |

**PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY
IN ORDER TO COMPLETE AND/OR SUPPLEMENT
THE ADMINISTRATIVE RECORD**

Plaintiffs respectfully request this Court to grant their motion for leave to conduct limited discovery to determine the appropriate scope of the administrative record and to complete and/or supplement the administrative record previously submitted by Defendants.

This motion is based on the accompanying memorandum of law, the declaration of John T. Montgomery and exhibits thereto, as well as upon such further briefs, argument, or other information as may be submitted to the Court.

Dated: November 10, 2023                    Respectfully submitted,


/s/   *Adriana Lafaille*
Adriana Lafaille (BBO #680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
ALafaille@aclum.org



/s/   *John T. Montgomery*
John T. Montgomery (BBO #352220)
Amanda L. Pine (BBO #707611)
Thanithia Billings (BBO #699018)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Montgomery@ropesgray.com


Meghan Gilligan Palermo (admitted pro hac vice)
Deanna Minasi (admitted pro hac vice)
Lauren Bergelson (admitted pro hac vice)
Phillip Kraft (admitted pro hac vice)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Meghan.GilliganPalermo@ropesgray.com


*Attorneys for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

 I, John T. Montgomery, state that counsel for Plaintiffs conferred with counsel for Defendants in a good faith attempt to resolve or narrow the issues presented by this motion.

Dated: November 10, 2023          /s/ *John T. Montgomery*
                      John T. Montgomery