# Exhibit 7

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.* <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.* <br> Defendants. | Case No. 1:21-cv-10083-DJC |

## Declaration of Stefanie Fisher

1. I am an attorney licensed to practice in Massachusetts. I am currently of counsel at the law firm Araujo & Fisher, LLC, and am a plaintiff in this case.

2. On October 10, 2023, I appeared at the Asylum Office of U.S. Citizenship and Immigration Services to attend the third interview of a client whose case has been pending without decision. His first interview took place on December 28. 2021. At the public-facing window near the entrance to that office, I asked what the process would be for viewing the Record of Proceedings for a case. In that case, the record would have provided me with useful information about the case status and information being relied upon in the case, including perhaps shedding light on why the client was being called for additional interviews.

3. The USCIS employee at the window went back into areas of the office not visible to me. She told me that she'd spoken to a supervisor and that I could not review the file. A man who I assume was the supervisor walked by and confirmed that it would not be possible to see the Record of proceedings and that that the only way for me to view the Record of Proceedings would be to file a request under the Freedom of Information Act.

4. This is consistent with responses I have received from officials in various DHS capacities who have informed me—throughout my 14 years as an immigration lawyer—that FOIA is the exclusive means of obtaining my clients' file.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2023.

_____
Stefanie Fisher