# Exhibit 10



U.S. Citizenship
and Immigration
Services

# Policy Manual

**Current as of May 8, 2024**

The USCIS Policy Manual is the agency's centralized online repository for USCIS' immigration policies. The USCIS Policy Manual will ultimately replace the Adjudicator's Field Manual (AFM), the USCIS Immigration Policy Memoranda site, and other policy repositories.

## About the Policy Manual

The USCIS Policy Manual is the agency's centralized online repository for USCIS' immigration policies. The Policy Manual is replacing the Adjudicator's Field Manual (AFM), the USCIS Immigration Policy Memoranda site, and other USCIS policy repositories. The Policy Manual contains separate volumes pertaining to different areas of immigration benefits administered by the agency, such as citizenship and naturalization, adjustment of status, and nonimmigrants. The content is organized into different volumes, parts, and chapters.

The Policy Manual provides transparency of immigration policies and furthers consistency, quality, and efficiency consistent with the USCIS mission. The Policy Manual provides all the latest policy updates; an expanded table of contents; keyword search function; and links to the Immigration and Nationality Act and Code of Federal Regulations, as well as public use forms. The Policy Manual contains tables and charts to facilitate understanding of complex topics. The Policy Manual also contains all historical policy updates.

The Policy Manual contains the official policies of USCIS and assists immigration officers in rendering decisions. The Policy Manual is to be followed by all USCIS officers in the performance of their duties but it does not remove their discretion in making adjudicatory decisions. The Policy Manual does not create any substantive or procedural right or benefit that is legally enforceable by any party against the United States or its agencies or officers or any other person.

How to use the USCIS Policy Manual website (PDF, 2.99 MB).

USCIS00016720

# Table of Contents

## Updates

## Search

## Volume 1 - General Policies and Procedures

- Part A - Public Services
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Web-Based Information
    - Chapter 3 - Forms of Assistance
    - Chapter 4 - Service Request Management Tool
    - Chapter 5 - Expedite Requests
    - Chapter 6 - Disability Accommodation Requests
    - Chapter 7 - Privacy and Confidentiality
    - Chapter 8 - Conduct in USCIS Facilities
    - Chapter 9 - Feedback, Complaints, Misconduct, and Discrimination

- Part B - Submission of Benefit Requests
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Signatures
    - Chapter 3 - Fees
    - Chapter 4 - Fee Waivers and Fee Exemptions
    - Chapter 5 - Interpreters and Preparers
    - Chapter 6 - Submitting Requests

- Part C - Biometrics Collection and Security Checks
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Biometrics Collection
    - Chapter 3 - Security Checks [Reserved]

- Part D - Attorneys and Representatives

- Part E - Adjudications
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Record of Proceeding
    - Chapter 3 - Jurisdiction

USCIS00016830

- Chapter 4 - Burden and Standards of Proof
- Chapter 5 - Verification of Identifying Information
- Chapter 6 - Evidence
- Chapter 7 - Interviews [Reserved]
- Chapter 8 - Discretionary Analysis
- Chapter 9 - Rendering a Decision
- Chapter 10 - Post-Decision Actions

- Part F - Motions and Appeals

- Part G - Notice to Appear

# Volume 2 - Nonimmigrants

- Part A - Nonimmigrant Policies and Procedures
  - Chapter 1 - Purpose and Background
  - Chapter 2 - General Requirements [Reserved]
  - Chapter 3 - Maintaining Status [Reserved]
  - Chapter 4 - Extension of Stay, Change of Status, and Extension of Petition Validity

- Part B - Diplomatic and International Organization Personnel (A, G)

- Part C - Visitors for Business or Tourism (B)

- Part D - Exchange Visitors (J)
  - Chapter 1 - Purpose and Background
  - Chapter 2 - J Exchange Visitor Eligibility
  - Chapter 3 - Terms and Conditions of J Exchange Visitor Status
  - Chapter 4 - Waiver of the Foreign Residence Requirement
  - Chapter 5 - Change of Status, Extensions of Stay, Program Transfers, and Reinstatement
  - Chapter 6 - Family Members of J-1 Exchange Visitor

- Part E - Cultural Visitors (Q)
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Filing and Documentation
  - Chapter 4 - Adjudication
  - Chapter 5 - Admissions, Extensions of Stay, and Changes of Status

USCIS00016831

- Part F - Students (F, M)
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Courses and Enrollment, Full Course of Study, and Reduced Course Load
  - Chapter 4 - School Transfer
  - Chapter 5 - Practical Training
  - Chapter 6 - Employment
  - Chapter 7 - Absences From the United States
  - Chapter 8 - Change of Status, Extension of Stay, and Length of Stay
  - Chapter 9 - Dependents

- Part G - Treaty Traders and Treaty Investors (E-1, E-2)

- Part H - Specialty Occupation Workers (H-1B, E-3)

- Part I - Temporary Agricultural and Nonagricultural Workers (H-2)
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility for Temporary Agricultural Worker (H-2A) Classification [Reserved]
  - Chapter 3 - Documentation and Evidence for Temporary Agricultural Worker (H-2A) Classification [Reserved]
  - Chapter 4 - Adjudication of Temporary Agricultural Worker (H-2A) Petitions [Reserved]
  - Chapter 5 - Post-Adjudication Issues related to Temporary Agricultural Worker (H-2A) Petitions [Reserved]
  - Chapter 6 - Temporary Agricultural Worker (H-2A) Petitions Requiring Special Handling [Reserved]
  - Chapter 7 - Eligibility for Temporary Nonagricultural Worker (H-2B) Classification [Reserved]
  - Chapter 8 - Documentation and Evidence for Temporary Nonagricultural Worker (H-2B) Classification [Reserved]
  - Chapter 9 - Adjudication of Temporary Nonagricultural Worker (H-2B) Petitions [Reserved]
  - Chapter 10 - Post-Adjudication Issues related to Temporary Nonagricultural Worker (H-2B) Petitions [Reserved]
  - Chapter 11 - Temporary Nonagricultural Worker (H-2B) Petitions Requiring Special Handling

- Part J - Trainees (H-3)

USCIS00016832

- Chapter 1 - Purpose and Background
- Chapter 2 - H-3 Categories
- Chapter 3 - Trainee Program Requirements
- Chapter 4 - Special Education Exchange Visitor Program Requirements
- Chapter 5 - Family Members of H-3 Beneficiaries
- Chapter 6 - Adjudication
- Chapter 7 - Admissions, Extensions of Stay, and Change of Status

- **Part K - Media Representatives (I)**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility
  - Chapter 3 - Distinction between News and Entertainment
  - Chapter 4 - Family Members
  - Chapter 5 - Adjudication

- **Part L - Intracompany Transferees (L)**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - General Eligibility
  - Chapter 3 - Managers and Executives (L-1A)
  - Chapter 4 - Specialized Knowledge Beneficiaries (L-1B)
  - Chapter 5 - Ownership and Control
  - Chapter 6 - Key Concepts
  - Chapter 7 - Filing
  - Chapter 8 - Documentation and Evidence
  - Chapter 9 - Adjudication
  - Chapter 10 - Period of Stay

- **Part M - Nonimmigrants of Extraordinary Ability or Achievement (O)**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility for O Classification
  - Chapter 3 - Petitioners
  - Chapter 4 - O-1 Beneficiaries
  - Chapter 5 - O-2 Beneficiaries
  - Chapter 6 - Family Members
  - Chapter 7 - Documentation and Evidence
  - Chapter 8 - Adjudication
  - Chapter 9 - Admission, Extension of Stay, Change of Status, and Change of Employer

- **Part N - Athletes and Entertainers (P)**
  - Chapter 1 - Purpose and Background

USCIS00016833

- ○ Chapter 2 - Eligibility Requirements
- ○ Chapter 3 - Petitioners
- ○ Chapter 4 - Documentation and Evidence
- ○ Chapter 5 - Adjudication
- ○ Chapter 6 - Post-Adjudication Actions

- • Part O - Religious Workers (R)
  - ○ Chapter 1 - Purpose and Background
  - ○ Chapter 2 - General Requirements
  - ○ Chapter 3 - Petitioner Requirements
  - ○ Chapter 4 - Beneficiary Requirements
  - ○ Chapter 5 - Adjudication
  - ○ Chapter 6 - Admissions, Extensions of Stay, and Changes of Status
  - ○ Chapter 7 - Period of Stay

- • Part P - NAFTA Professionals (TN)

- • Part Q - Nonimmigrants Intending to Adjust Status (K, V)

# Volume 3 - Humanitarian Protection and Parole

- • Part A - Protection and Parole Policies and Procedures

- • Part B - Victims of Trafficking
  - ○ Chapter 1 - Purpose and Background
  - ○ Chapter 2 - Eligibility Requirements
  - ○ Chapter 3 - Documentation and Evidence for Principal Applicants
  - ○ Chapter 4 - Family Members
  - ○ Chapter 5 - Documentation and Evidence for Family Members
  - ○ Chapter 6 - Bona Fide Determinations [Reserved]
  - ○ Chapter 7 - Adjudication
  - ○ Chapter 8 - Annual Cap and Waiting List
  - ○ Chapter 9 - Applicants in Removal Proceedings
  - ○ Chapter 10 - Duration and Extensions of Status
  - ○ Chapter 11 - Federal Benefits and Work Authorization
  - ○ Chapter 12 - Travel
  - ○ Chapter 13 - Revocation of Status
  - ○ Chapter 14 - Confidentiality Protections and Prohibitions Against Disclosure

- • Part C - Victims of Crimes

USCIS00016834

- Chapter 1 - Purpose and Background
- Chapter 2 - Eligibility Requirements for U Nonimmigrant Status
- Chapter 3 - Documentation and Evidence [Reserved]
- Chapter 4 - Adjudication
- Chapter 5 - Bona Fide Determination Process
- Chapter 6 - Waiting List
- Chapter 7 - Final Adjudication
- Chapter 8 - Post-Adjudicative Matters [Reserved]

- Part D - Violence Against Women Act
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements and Evidence
  - Chapter 3 - Effect of Certain Life Events
  - Chapter 4 - Filing Requirements
  - Chapter 5 - Adjudication
  - Chapter 6 - Post-Adjudicative Matters

- Part E - Employment Authorization for Abused Spouses of Certain Nonimmigrants

- Part F - Parolees
  - Chapter 1 - Purpose and Background

- Part G - International Entrepreneur Parole
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Requirements for Consideration
  - Chapter 3 - Documentation and Evidence
  - Chapter 4 - Adjudication
  - Chapter 5 - Additional Periods of Parole
  - Chapter 6 - Family Members
  - Chapter 7 - Conditions on Parole and Termination

- Part H - Deferred Action

- Part I - Humanitarian Emergencies

- Part J - Temporary Protected Status

- Part K - Statelessness
  - Chapter 1 - Purpose and Background
  - Chapter 2 - USCIS Preparation of Statelessness Reports

USCIS00016835

- Chapter 3 - Individualized and Case-by-Case Consideration
- Chapter 4 - Applicability of Statelessness in Adjudicative Review

# Volume 4 - Refugees and Asylees

# Volume 5 - Adoptions

- Part A - Adoptions Overview
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Adoption Processes
    - Chapter 3 - U.S. Citizens Residing Outside the United States
    - Chapter 4 - Adoption Definition and Order Validity
    - Chapter 5 - Authorized Adoption Service Providers

- Part B - Adoptive Parent Suitability Determinations
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Eligibility, Documentation, and Evidence (Orphan Process)
    - Chapter 3 - Eligibility, Documentation, and Evidence (Hague Process)
    - Chapter 4 - Home Studies
    - Chapter 5 - Action on Pending or Approved Suitability Determinations
    - Chapter 6 - Adjudication

- Part C - Child Eligibility Determinations (Orphan)
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Eligibility
    - Chapter 3 - Identity and Age
    - Chapter 4 - Eligibility Requirements Specific to Orphans
    - Chapter 5 - Qualifying Adoptive or Custodial Relationship
    - Chapter 6 - Additional Requirements
    - Chapter 7 - Documentation and Evidence
    - Chapter 8 - Adjudication
    - Chapter 9 - Pre-Adoption Immigration Review Programs

- Part D - Child Eligibility Determinations (Hague)
    - Chapter 1 - Purpose
    - Chapter 2 - Eligibility
    - Chapter 3 - Required Order of Immigration and Adoption Steps
    - Chapter 4 - Documentation and Evidence
    - Chapter 5 - Adjudication

USCIS00016836

- Part E - Family-Based Adoption Petitions
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Eligibility
    - Chapter 3 - Hague Restrictions on Family-Based Petitions
    - Chapter 4 - Documentation and Evidence
    - Chapter 5 - Adjudication
    - Chapter 6 - Post-Adjudication Actions

- Part F - Citizenship for Adopted Children
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Definitions
    - Chapter 3 - Eligibility, Documentation, and Evidence
    - Chapter 4 - Citizenship Following a Disrupted or Dissolved Adoption

# Volume 6 - Immigrants

- Part A - Immigrant Policies and Procedures

- Part B - Family-Based Immigrants
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Principles Common to Family-Based Petitions [Reserved]
    - Chapter 3 - Filing
    - Chapter 4 - Documentation and Evidence for Family-Based Petitions [Reserved]
    - Chapter 5 - Adjudication of Family-Based Petitions [Reserved]
    - Chapter 6 - Post-Adjudication of Family-Based Petitions [Reserved]
    - Chapter 7 - Spouses [Reserved]
    - Chapter 8 - Children, Sons, and Daughters
    - Chapter 9 - Parents of U.S. Citizens [Reserved]
    - Chapter 10 - Siblings of U.S. Citizens [Reserved]

- Part C - Adam Walsh Act

- Part D - Surviving Relatives

- Part E - Employment-Based Immigration
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Eligibility Requirements
    - Chapter 3 - Successor-in-Interest in Permanent Labor Certification Cases
    - Chapter 4 - Ability to Pay
    - Chapter 5 - Reserved

USCIS00016837

- Chapter 6 - Permanent Labor Certification
- Chapter 7 - Schedule A Designation Petitions
- Chapter 8 - Documentation and Evidence
- Chapter 9 - Evaluation of Education Credentials
- Chapter 10 - Decision and Post-Adjudication

- ## Part F - Employment-Based Classifications
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Extraordinary Ability
  - Chapter 3 - Outstanding Professor or Researcher
  - Chapter 4 - Multinational Executive or Manager
  - Chapter 5 - Advanced Degree or Exceptional Ability
  - Chapter 6 - Physician
  - Chapter 7 - Skilled Worker, Professional, or Other Worker

- ## Part G - Investors
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Immigrant Petition Eligibility Requirements
  - Chapter 3 - Immigrant Petition Adjudication
  - Chapter 4 - Regional Center Applications
  - Chapter 5 - Project Applications
  - Chapter 6 - Direct and Third-Party Promoters
  - Chapter 7 - Removal of Conditions

- ## Part H - Designated and Special Immigrants
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Religious Workers
  - Chapter 3 - Panama Canal Zone Employees
  - Chapter 4 - Certain Physicians [Reserved]
  - Chapter 5 - Certain G-4 or NATO-6 Employees and their Family Members [Reserved]
  - Chapter 6 - Members of the U.S. Armed Forces
  - Chapter 7 - Certain Broadcasters [Reserved]
  - Chapter 8 - Certain Iraqi Nationals
  - Chapter 9 - Certain Afghan Nationals
  - Chapter 10 - Certain Iraqi and Afghan Translators and Interpreters
  - Chapter 11 - Decision and Post-Adjudication

- ## Part I - Family-Based Conditional Permanent Residents
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Terms and Conditions of CPR Status
  - Chapter 3 - Petition to Remove Conditions on Residence

USCIS00016838

- Chapter 4 - Joint Petitions and Individual Filing Requests
- Chapter 5 - Waiver of Joint Filing Requirement
- Chapter 6 - Decision and Post-Adjudication
- Chapter 7 - Effect of Removal Proceedings

- Part J - Special Immigrant Juveniles
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Documentation and Evidence
  - Chapter 4 - Adjudication
  - Chapter 5 - Appeals, Motions to Reopen, and Motions to Reconsider
  - Chapter 6 - Data

- Part K - CNMI Resident Status

# Volume 7 - Adjustment of Status

- Part A - Adjustment of Status Policies and Procedures
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Filing Instructions
  - Chapter 4 - Documentation
  - Chapter 5 - Interview Guidelines
  - Chapter 6 - Adjudicative Review
  - Chapter 7 - Child Status Protection Act
  - Chapter 8 - Transfer of Underlying Basis
  - Chapter 9 - Death of Petitioner or Principal Beneficiary
  - Chapter 10 - Legal Analysis and Use of Discretion
  - Chapter 11 - Decision Procedures

- Part B - 245(a) Adjustment
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Unlawful Immigration Status at Time of Filing (INA 245(c)(2))
  - Chapter 4 - Status and Nonimmigrant Visa Violations (INA 245(c)(2) and INA 245(c)(8))
  - Chapter 5 - Employment-Based Applicant Not in Lawful Nonimmigrant Status (INA 245(c)(7))
  - Chapter 6 - Unauthorized Employment (INA 245(c)(2) and INA 245(c)(8))
  - Chapter 7 - Other Barred Adjustment Applicants

USCIS00016839

- Chapter 8 - Inapplicability of Bars to Adjustment

- ## Part C - 245(i) Adjustment
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Grandfathering Requirements
  - Chapter 3 - Eligibility and Filing Requirements
  - Chapter 4 - Documentation and Evidence
  - Chapter 5 - Adjudication and Decision

- ## Part D - Family-Based Adjustment

- ## Part E - Employment-Based Adjustment
  - Chapter 1 - Purpose and Background [Reserved]
  - Chapter 2 - Eligibility Requirements [Reserved]
  - Chapter 3 - Immigrant Visa Availability and Priority Dates [Reserved]
  - Chapter 4 - Documentation and Evidence [Reserved]
  - Chapter 5 - Job Portability after Adjustment Filing and Other AC21 Provisions
  - Chapter 6 - Adjudication [Reserved]
  - Chapter 7 - National Interest Waiver Physicians [Reserved]

- ## Part F - Special Immigrant-Based Adjustment
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Religious Workers
  - Chapter 3 - International Employees of U.S. Government Abroad
  - Chapter 4 - Panama Canal Zone Employees
  - Chapter 5 - Certain Physicians
  - Chapter 6 - Certain G-4 or NATO-6 Employees and their Family Members
  - Chapter 7 - Special Immigrant Juveniles
  - Chapter 8 - Members of the U.S. Armed Forces
  - Chapter 9 - Certain Broadcasters
  - Chapter 10 - Certain Afghan and Iraqi Nationals

- ## Part G - Diversity Visa Adjustment

- ## Part H - Reserved

- ## Part I - Adjustment Based on Violence Against Women Act

- ## Part J - Trafficking Victim-Based Adjustment

- ## Part K - Crime Victim-Based Adjustment

USCIS00016840

- Part L - Refugee Adjustment
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Admissibility and Waiver Requirements
  - Chapter 4 - Documentation and Evidence
  - Chapter 5 - Adjudication Procedures
  - Chapter 6 - Termination of Status and Notice to Appear Considerations

- Part M - Asylee Adjustment
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility Requirements
  - Chapter 3 - Admissibility and Waiver Requirements
  - Chapter 4 - Documentation and Evidence
  - Chapter 5 - Adjudication Procedures
  - Chapter 6 - Termination of Status and Notice to Appear Considerations

- Part N - Legalization

- Part O - Registration
  - Chapter 1 - Presumption of Lawful Admission
  - Chapter 2 - Presumption of Lawful Admission Despite Certain Errors Occurring at Entry
  - Chapter 3 - Children Born in the United States to Accredited Diplomats
  - Chapter 4 - Noncitizens Who Entered the United States Prior to January 1, 1972
  - Chapter 5 - Other Special Laws

- Part P - Other Adjustment Programs
  - Chapter 1 - Reserved
  - Chapter 2 - Reserved
  - Chapter 3 - Reserved
  - Chapter 4 - Reserved
  - Chapter 5 - Liberian Refugee Immigration Fairness
  - Chapter 6 - Reserved
  - Chapter 7 - Reserved
  - Chapter 8 - Reserved
  - Chapter 9 - Amerasian Immigrants
  - Chapter 10 - Reserved

- Part Q - Rescission of Lawful Permanent Residence
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Eligibility

USCIS00016841

- Chapter 3 - Rescission Process
- Chapter 4 - Effective Date of Rescission
- Chapter 5 - Adjudication Procedures

- Part R - Abandonment of Lawful Permanent Residence

# Volume 8 - Admissibility

- Part A - Admissibility Policies and Procedures

- Part B - Health-Related Grounds of Inadmissibility
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Medical Examination and Vaccination Record
  - Chapter 3 - Applicability of Medical Examination and Vaccination Requirement
  - Chapter 4 - Review of Medical Examination Documentation
  - Chapter 5 - Review of Overall Findings
  - Chapter 6 - Communicable Diseases of Public Health Significance
  - Chapter 7 - Physical or Mental Disorder with Associated Harmful Behavior
  - Chapter 8 - Drug Abuse or Drug Addiction
  - Chapter 9 - Vaccination Requirement
  - Chapter 10 - Other Medical Conditions
  - Chapter 11 - Inadmissibility Determination
  - Chapter 12 - Waiver Authority

- Part C - Civil Surgeon Designation and Revocation
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Application for Civil Surgeon Designation
  - Chapter 3 - Blanket Civil Surgeon Designation
  - Chapter 4 - Termination and Revocation
  - Chapter 5 - Civil Surgeon List

- Part D - Criminal and Related Grounds of Inadmissibility

- Part E - Terrorism

- Part F - National Security and Related Grounds of Inadmissibility
  - Chapter 1 - Purpose and Background [Reserved]
  - Chapter 2 - [Reserved]
  - Chapter 3 - Immigrant Membership in Totalitarian Party

USCIS00016842

- Part G - Public Charge Ground of Inadmissibility
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Definitions
  - Chapter 3 - Applicability
  - Chapter 4 - Prospective Determination Based on the Totality of the Circumstances
  - Chapter 5 - Statutory Minimum Factors
  - Chapter 6 - Affidavit of Support Under Section 213A of the INA
  - Chapter 7 - Consideration of Current and/or Past Receipt of Public Cash Assistance for Income Maintenance or Long-term Institutionalization at Government Expense
  - Chapter 8 - Waivers of Inadmissibility Based on Public Charge Ground
  - Chapter 9 - Adjudicating Public Charge Inadmissibility for Adjustment of Status Applications
  - Chapter 10 - Public Charge Bonds
  - Chapter 11 - Public Charge Bonds: Posting and Accepting Bonds
  - Chapter 12 - Public Charge Bonds: Maintaining, Substituting, and Canceling Bonds

- Part H - Labor Certification and Select Immigrant Qualifications

- Part I - Illegal Entrants and Other Immigration Violators

- Part J - Fraud and Willful Misrepresentation
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Overview of Fraud and Willful Misrepresentation
  - Chapter 3 - Adjudicating Inadmissibility

- Part K - False Claim to U.S. Citizenship
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Determining False Claim to U.S. Citizenship
  - Chapter 3 - Adjudication
  - Chapter 4 - Exceptions and Waivers

- Part L - Documentation Requirements

- Part M - Citizenship Ineligibility

- Part N - Noncitizens Previously Removed

- Part O - Noncitizens Unlawfully Present
  - Chapter 1 - Purpose and Background [Reserved]
  - Chapter 2 - Reserved
  - Chapter 3 - Reserved

USCIS00016843

- Chapter 4 - Reserved
- Chapter 5 - Reserved
- Chapter 6 - Effect of Seeking Admission Following Accrual of Unlawful Presence

- **Part P - Noncitizens Present After Previous Immigration Violation**

- **Part Q - Practicing Polygamists, International Child Abductors, Unlawful Voters, and Tax Evaders**

# Volume 9 - Waivers and Other Forms of Relief

- **Part A - Waiver Policies and Procedures**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Forms of Relief
  - Chapter 3 - Review of Inadmissibility Grounds
  - Chapter 4 - Waiver Eligibility and Evidence
  - Chapter 5 - Discretion
  - Chapter 6 - Validity of an Approved Waiver
  - Chapter 7 - Denials, Appeals, and Motions

- **Part B - Extreme Hardship**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Extreme Hardship Policy
  - Chapter 3 - Adjudicating Extreme Hardship Claims
  - Chapter 4 - Qualifying Relative
  - Chapter 5 - Extreme Hardship Considerations and Factors
  - Chapter 6 - Extreme Hardship Determinations
  - Chapter 7 - Discretion

- **Part C - Family Unity, Humanitarian Purposes, or Public or National Interest**

- **Part D - Health-Related Grounds of Inadmissibility**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Waiver of Communicable Disease of Public Health Significance
  - Chapter 3 - Waiver of Immigrant Vaccination Requirement
  - Chapter 4 - Waiver of Physical or Mental Disorder Accompanied by Harmful Behavior
  - Chapter 5 - Waiver of Drug Abuse and Addiction

- **Part E - Criminal and Related Grounds of Inadmissibility**

USCIS00016844

- Part F - Fraud and Willful Misrepresentation
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Adjudication of Fraud and Willful Misrepresentation Waivers
    - Chapter 3 - Effect of Granting a Waiver

- Part G - Unlawful Presence

- Part H - Provisional Unlawful Presence

- Part I - Immigrant Membership in Totalitarian Party

- Part J - Alien Smuggling

- Part K - Noncitizens Subject to Civil Penalty

- Part L - Refugees and Asylees

- Part M - Temporary Protected Status Applicants

- Part N - Special Immigrant Juvenile Adjustment Applicants

- Part O - Victims of Trafficking
    - Chapter 1 - Purpose and Background [Reserved]
    - Chapter 2 - Waivers for Victims of Trafficking
    - Chapter 3 - INA 212(d)(13) Waivers
    - Chapter 4 - INA 212(d)(3) Waivers
    - Chapter 5 - Adjudication and Post-Adjudication Matters

- Part P - Crime Victims

- Part Q - Violence Against Women Act Applicants

- Part R - Other Waivers and Provisions Overcoming Inadmissibility

- Part S - Consent to Reapply

# Volume 10 - Employment Authorization

- Part A - Employment Authorization Policies and Procedures
    - Chapter 1 - Purpose and Background
    - Chapter 2 - Eligibility Requirements

USCIS00016845

- Chapter 3 - Documentation and Evidence [Reserved]
- Chapter 4 - Adjudication
- Chapter 5 - Reserved
- Chapter 6 - Card Production and Card Correction [Reserved]
- Chapter 7 - Post-Decision Actions [Reserved]

- **Part B - Specific Categories**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Employment Authorization for Certain H-4, E, and L Nonimmigrant Dependent Spouses
  - Chapter 3 - Certain Employment-Based Immigrants in Compelling Circumstances
  - Chapter 4 - Reserved

# Volume 11 - Travel and Identity Documents

- **Part A - Secure Identity Documents Policies and Procedures**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - USCIS-Issued Secure Identity Documents
  - Chapter 3 - Reissuance of Secure Identity Documents

- **Part B - Permanent Resident Cards**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Replacement of Permanent Resident Card
  - Chapter 3 - Expired Permanent Resident Cards
  - Chapter 4 - Commuter Cards

- **Part C - Reentry Permits**

- **Part D - Refugee Travel Documents**

- **Part E - Advance Parole Documents**

- **Part F - Arrival-Departure Records**
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Application for Replacement/Initial Nonimmigrant Arrival-Departure Record (Form I-102)

# Volume 12 - Citizenship and Naturalization

- **Part A - Citizenship and Naturalization Policies and Procedures**

USCIS00016846

- Chapter 1 - Purpose and Background
- Chapter 2 - Becoming a U.S. Citizen
- Chapter 3 - USCIS Authority to Naturalize

- Part B - Naturalization Examination
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Background and Security Checks
  - Chapter 3 - Naturalization Interview
  - Chapter 4 - Results of the Naturalization Examination
  - Chapter 5 - Motion to Reopen
  - Chapter 6 - USCIS Hearing and Judicial Review

- Part C - Accommodations
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Accommodation Policies and Procedures
  - Chapter 3 - Types of Accommodations

- Part D - General Naturalization Requirements
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Lawful Permanent Resident Admission for Naturalization
  - Chapter 3 - Continuous Residence
  - Chapter 4 - Physical Presence
  - Chapter 5 - Modifications and Exceptions to Continuous Residence and Physical Presence
  - Chapter 6 - Jurisdiction, Place of Residence, and Early Filing
  - Chapter 7 - Attachment to the Constitution
  - Chapter 8 - Educational Requirements
  - Chapter 9 - Good Moral Character

- Part E - English and Civics Testing and Exceptions
  - Chapter 1 - Purpose and Background
  - Chapter 2 - English and Civics Testing
  - Chapter 3 - Medical Disability Exception (Form N-648)

- Part F - Good Moral Character
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Adjudicative Factors
  - Chapter 3 - Evidence and the Record
  - Chapter 4 - Permanent Bars to Good Moral Character
  - Chapter 5 - Conditional Bars for Acts in Statutory Period

USCIS00016847

- Part G - Spouses of U.S. Citizens
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Marriage and Marital Union for Naturalization
  - Chapter 3 - Spouses of U.S. Citizens Residing in the United States
  - Chapter 4 - Spouses of U.S. Citizens Employed Abroad
  - Chapter 5 - Conditional Permanent Resident Spouses and Naturalization

- Part H - Children of U.S. Citizens
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Definition of Child and Residence for Citizenship and Naturalization
  - Chapter 3 - U.S. Citizens at Birth (INA 301 and 309)
  - Chapter 4 - Automatic Acquisition of Citizenship after Birth (INA 320)
  - Chapter 5 - Child Residing Outside of the United States (INA 322)
  - Chapter 6 - Special Provisions for the Naturalization of Children

- Part I - Military Members and their Families
  - Chapter 1 - Purpose and Background
  - Chapter 2 - One Year of Military Service during Peacetime (INA 328)
  - Chapter 3 - Military Service during Hostilities (INA 329)
  - Chapter 4 - Permanent Bars to Naturalization
  - Chapter 5 - Application and Filing for Service Members (INA 328 and 329)
  - Chapter 6 - Required Background Checks
  - Chapter 7 - Revocation of Naturalization
  - Chapter 8 - Posthumous Citizenship (INA 329A)
  - Chapter 9 - Spouses, Children, and Surviving Family Benefits

- Part J - Oath of Allegiance
  - Chapter 1 - Purpose and Background
  - Chapter 2 - The Oath of Allegiance
  - Chapter 3 - Oath of Allegiance Modifications and Waivers
  - Chapter 4 - General Considerations for All Oath Ceremonies
  - Chapter 5 - Administrative Naturalization Ceremonies
  - Chapter 6 - Judicial and Expedited Oath Ceremonies

- Part K - Certificates of Citizenship and Naturalization
  - Chapter 1 - Purpose and Background
  - Chapter 2 - Certificate of Citizenship
  - Chapter 3 - Certificate of Naturalization
  - Chapter 4 - Replacement of Certificate of Citizenship or Naturalization
  - Chapter 5 - Cancellation of Certificate of Citizenship or Naturalization

USCIS00016848

- Part L - Revocation of Naturalization
  - Chapter 1- Purpose and Background
  - Chapter 2 - Grounds for Revocation of Naturalization
  - Chapter 3 - Effects of Revocation of Naturalization

# Volume 1 - General Policies and Procedures

## Part A - Public Services

In May 2020, USCIS retired its Adjudicator's Field Manual (AFM), a collection of our immigration policies and procedures.

See more

In May 2020, USCIS retired its Adjudicator's Field Manual (AFM), a collection of our immigration policies and procedures. We are working quickly to update and incorporate all of the AFM content into the USCIS Policy Manual, the agency's centralized online repository for immigration policies. Until then, we have moved any remaining AFM content to its corresponding Policy Manual Part. To the extent that a provision in the Policy Manual conflicts with remaining AFM content or Policy Memoranda, the updated information in the Policy Manual prevails. If you have questions or concerns about any discrepancies among these resources, contact PolicyFeedback@uscis.dhs.gov.

AFM Chapter 10 - An Overview of the Adjudication Process (External) (PDF, 2.43 MB)

## Chapter 1 - Purpose and Background

### A. Purpose

USCIS is the government agency that administers lawful immigration to the United States. USCIS has nearly 20,000 government employees and contractors working at more than 200 offices around the world. USCIS ensures its employees have the knowledge and tools needed to administer the lawful immigration system with professionalism. USCIS provides accessible, reliable, and accurate guidance and information about its public services.

This part provides guidance on USCIS public services, privacy, online tools, and other general administration topics.

### B. Background

USCIS00016849

determining whether to consider the noncitizen stateless for purposes of the immigration benefit or other request. Only a USCIS officer can request a report to address whether a noncitizen is stateless.

The report only addresses the issue of statelessness and does not mandate any factual findings or the issuance of a specific decision on the underlying immigration benefit or request. The adjudicating officer ultimately makes the final determination of eligibility for the benefit sought, including whether the evidence presented warrants a favorable exercise of discretion, if applicable.

Officers may only consider requesting a statelessness report where the noncitizen has a pending application, petition, or other request for action with USCIS.

## Footnotes

[^ 1] See the USCIS Glossary webpage. See the U.S. Department of State's Statelessness webpage (defining a stateless person as "someone who, under national laws, does not enjoy citizenship – the legal bond between a government and an individual – in any country"). See Article 1 of the 1954 Convention Relating to the Status of Stateless Persons (PDF) (describing a stateless person as someone who is "not considered as a national by any State under the operation of its law").

[^ 2] See INA 101(a)(21) (defining "national").

[^ 3] See Chapter 3, Individualized and Case-by-Case Consideration, Section A, Documentation and Evidence [3 USCIS-PM K.3(A)].

[^ 4] For example, noncitizens may indicate potential statelessness by writing "stateless" when asked about nationality on their relevant petition, application, or request.

# Chapter 3 - Individualized and Case-by-Case Consideration

Through this specialized internal process, USCIS examines evidence such as documentation, relevant country conditions information, and foreign law. Research may also be conducted on any of these topics, including citizenship laws affecting the noncitizen, as needed. Reports are then provided to the adjudicating officer for requested cases. The report addresses whether the evidence supports a factual finding that the noncitizen is stateless for purposes of the immigration benefit or other request.

## A. Documentation and Evidence

### 1. Standard of Proof: Preponderance of the Evidence

As with any factual determination, USCIS determines whether a noncitizen may be considered stateless for immigration purposes by the preponderance of the evidence standard.[1] USCIS may

USCIS00017470

consider any credible evidence that can assist in determining the noncitizen's country of origin and may attempt to corroborate the noncitizen's testimony and any documentary evidence submitted.

## 2. Country Conditions Information

USCIS may consider any relevant country conditions information or foreign law in determining whether the noncitizen may be considered stateless for immigration purposes. This includes whether the noncitizen's country of origin has a pattern or practice of denying nationality to certain individuals under the operation or effect of its nationality laws or practices. USCIS may conduct its own research to consider country condition information and may contact the U.S. Department of State as appropriate. USCIS may also review any country conditions information submitted by the noncitizen.

## 3. Written Statement or Testimony from the Noncitizen

Noncitizens may submit a written statement when filing their application, petition, or other request, that identifies their country of origin and country of last habitual residence and explains the circumstances which are relevant to their potential statelessness. Some common circumstances resulting in statelessness include laws restricting acquisition of citizenship or restricting the rights of women to pass on their nationality to their children, lack of birth registration and birth certificates, birth to stateless parents, or political change and transfer of territory among states. While USCIS may consider any written statement, statements that are confirmed by oath or affirmation generally carry more weight. USCIS may also issue Requests for Evidence and inquire about information relating to these issues during an interview.

## 4. Additional Evidence

Noncitizens may submit additional evidence when filing their application, petition, or other request, to corroborate their written statements to identify the circumstances that are relevant to the USCIS officer's examination of statelessness. Primary evidence includes birth certificates, marriage certificates, school records, official travel documents, official residency documents, court documents, medical reports, vaccination records, police reports, and other official documents.[2]

USCIS recognizes that stateless noncitizens may have difficulty obtaining primary evidence; therefore, USCIS may also consider secondary evidence, such as employment records, property records, or birth or baptismal records maintained by religious or faith-based organizations.[3] This may also include affidavits submitted by third parties which corroborate the noncitizen's written statements. Noncitizens may, but are not required to, provide affidavits from more than one person.

USCIS may conduct its own inquiries with the noncitizen's country of origin while adhering to policy and confidentiality requirements. USCIS may also consult with sources such as the U.S. Department of State or the Law Library of Congress to determine whether the government of the noncitizen's country of origin can verify whether the noncitizen is a national of that country.

USCIS00017471

While not required for issuance of an internal USCIS report, USCIS may also accept timely-received additional evidence from international organizations, such as the United Nations High Commissioner for Refugees, the International Organization for Migration, and the International Committee of the Red Cross, which have mandated roles with respect to various aspects of statelessness.

## B. Findings

USCIS reviews and analyzes the evidence related to whether the noncitizen may or may not be stateless for purposes of immigration benefits or other requests and drafts an internal report. The noncitizen cannot appeal or otherwise challenge the report because it does not represent an adjudicative decision. Rather, the internal process simply examines the relevant evidence and provides a report relevant to whether the noncitizen should or should not generally be considered stateless for immigration purposes.

Following consideration of the report, the officer may make a factual determination relating to statelessness and may memorialize those findings in a Memo to File or in the decision on the underlying application, petition, or requested action. The officer also makes the decision on the underlying application, petition, or requested action, taking into account the applicability of their statelessness finding. While the noncitizen cannot appeal or challenge the report analyzing statelessness, the noncitizen may file a motion or appeal, when permissible under applicable standards, to challenge an unfavorable decision on the underlying benefit or other request, or request to inspect the record of proceedings pursuant to 8 CFR 103.2(b)(16).[4]

## C. Continued Relevance of Statelessness Report

The advisory report may be considered in any other relevant adjudication in addition to the one for which it was originally requested.[5] Equally, however, the officer adjudicating those applications is not bound by the report and may also consider other information or evidence provided by the noncitizen. Nor is the report binding on any other component of DHS charged with administering and enforcing the immigration laws, including U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection.

The officer may also request an updated report under circumstances including, but not limited to:

- Discovery of evidence that a noncitizen may be a national of a third country;
- Information provided by the noncitizen about a change in nationality or circumstance;
- Receipt of information that suggests the information provided in the request was fraudulent or materially inconsistent;
- Changes in country conditions information; and
- Availability of primary or secondary evidence that was not available at the time of the prior report.

USCIS00017472

## Footnotes

[^ 1] See Volume 1, General Policies and Procedures, Part E, Adjudications, Chapter 4, Burdens and Standards of Proof, Section B, Standards of Proof [1 USCIS-PM E.4(B)].

[^ 2] See Volume 1, General Policies and Procedures, Part E, Adjudications, Chapter 6, Evidence, Section B, Primary and Secondary Evidence [1 USCIS-PM E.6(B)].

[^ 3] See Volume 1, General Policies and Procedures, Part E, Adjudications, Chapter 6, Evidence, Section B, Primary and Secondary Evidence [1 USCIS-PM E.6(B)].

[^ 4] See 8 CFR 103.3 and 8 CFR 103.5. See the instructions for Notice of Appeal or Motion (Form I-290B).

[^ 5] A past finding of statelessness may have relevance in certain limited circumstances, even if the applicant is no longer stateless. For example, an asylum applicant's past statelessness may be relevant to a determination of past persecution in their country of last habitual residence. See INA 101(a)(42)(A).

## Chapter 4 - Applicability of Statelessness in Adjudicative Review

Stateless persons are part of a vulnerable population and may encounter unique difficulties while applying for immigration benefits. USCIS may consider statelessness, depending on the circumstances, as a favorable factor in the exercise of discretion. It may also be a relevant factor in rendering a decision on various immigration benefit requests or other actions including, but not limited to, deferred action, parole in place, asylum and refugee status, U and T nonimmigrant statuses, and temporary protected status (TPS). Where a noncitizen is stateless, it is the country of last habitual residence that must be considered in determining eligibility for refugee status, asylum,[1] or TPS.[2]

The officer may request a statelessness report during the adjudication of any relevant immigration application, petition, or request or when considering any other action or request where information on statelessness may be useful in determining identity or may serve as a factor in rendering a final decision.

## A. Relevance to Deferred Action Requests

Deferred action is an act of prosecutorial discretion to delay or defer the removal of a noncitizen. During a period of deferred action, DHS does not remove a noncitizen from the United States. Deferred action does not constitute a lawful immigration status and does not excuse any past periods of unlawful presence.

USCIS00017473