IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, *et al.*<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case No.: 1:21-cv-10083-DJC |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.5.2, counsel for Plaintiffs hereby moves this court to withdraw the appearance of attorney Thanithia Billings.  Attorney Billings is leaving the firm of Ropes & Gray LLP and, as such, will no longer be representing Plaintiffs.  Counsel from Ropes & Gray LLP, including the undersigned, will continue in their representation.


Dated:  January 7, 2025        Respectfully Submitted,


                By:  /s/ *John T. Montgomery*
                   ROPES & GRAY LLP
                   Prudential Tower
                   800 Boylston Street
                   Boston, MA 02199
                   617.951.7000
                   John.Montgomery@ropesgray.com

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 7, 2025, a copy of the foregoing document was filed electronically through the court's CM/ECF system. Service of this filing will be made on all ECF-registered counsel of record via the Notice of Electronic Filing (NEF). Any non-registered participants identified through the NEF will be sent a copy via e-mail.

      /s/ *John T. Montgomery*
      John T. Montgomery