# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**GREATER BOSTON LEGAL SERVICES**
<br>Plaintiff(s)

v.                                                    CIVIL ACTION NO. **21-10083-DJC**

**U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL**
<br>Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. In accordance with the Memorandum and Order dated June 20, 2025, D. 159, granting defendants' motion for summary judgment;

    **IT IS ORDERED AND ADJUDGED**

    Judgment for the defendants.


Robert M. Farrell, Clerk

Dated: __6/21/25__                          ___/s/ Lisa M. Hourihan_____
<br>                                                        ( By )  Deputy Clerk


NOTE: The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                        [jgm.]